<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Madalyn Jane Deason**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Amount Paid[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 4/10/17 - 4/10/17 | 0.14 | 1 | $ 9.50 | $ 14.25 | $ - | $ 7.25 | $ - | $ 7.25 |
| 4/3/17 - 4/9/17 | 1.00 | 49 | $ 9.50 | $ 14.25 | $ - | $ 290.00 | $ 128.25 | $ 418.25 |
| 3/27/17 - 4/2/17 | 1.00 | 56 | $ 9.50 | $ 14.25 | $ - | $ 290.00 | $ 228.00 | $ 518.00 |
| 3/20/17 - 3/26/17 | 1.00 | 71.5 | $ 9.50 | $ 14.25 | $400.00 | $ 290.00 | $ 448.88 | $ 738.88 |
| | | | | | | $ 877.25 | $ 805.13 | $ 1,682.38 |

Total Unpaid Minimum Wages[1] = $ 877.25
Total Unpaid Overtime Wages[1] = $ 805.13
Total Liquidated Damages[1] = $ 1,682.38
Total[1] = $ 3,364.75

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.